IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PERFECTVISION MANUFACTURING, INC.                PLAINTIFF

v.                        No. 4:20-cv-884-DPM

EPUVISION, S.A.                                  DEFENDANT

## ORDER

PerfectVision's motion, *Doc. 2*, is granted as modified. PerfectVision may serve EpuVision by Letters Rogatory. FED. R. CIV. P. 4(f)(1); Inter–American Convention on Letters Rogatory, January 30, 1975, S. TREATY DOC. No. 27, 98th Cong., 2d Sess. (1984). PerfectVision must either confirm with chambers that it has final versions of the Letters or provide the Clerk of the Court with final versions of its Letters to be issued. The Court also grants PerfectVision a four-month extension to serve process by 4 March 2021. FED. R. CIV. P. 4(m). And the Court grants PerfectVision's request to extend the period for EpuVision to respond to the petition. EpuVision may respond within forty-five days after service.

So ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 September 2020