IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PERFECTVISION MANUFACTURING, INC.                      PLAINTIFF

v.                          No. 4:20-cv-884-DPM

EPUVISION, S.A.                                         DEFENDANT

## ORDER

PerfectVision filed this case almost thirteen months ago. The matter remains stalled because of service challenges. EpuVision is an Argentine company. That nation has been hit hard by the pandemic. The Court has been lenient with extensions. It has extended the time for service three times. In May, when it extended the deadline for service until 8 September 2021, the Court was plain: this was the final extension absent extraordinary circumstances. *Doc. 9.* PerfectVision has made some progress since, but, insofar as the record shows, service has still not been made. And PerfectVision has not shown that extraordinary circumstances prevented getting service done. The Court suggests that PerfectVision make solid arrangements for service before refiling its case. The complaint will be dismissed for failure to serve process.

-2-

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

17 September 2021