# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

PERFECTVISION MANUFACTURING, INC.                                    PLAINTIFF

v.                              No. 4:20-cv-884-DPM

EPUVISION, S.A.                                                      DEFENDANT

## JUDGMENT

PerfectVision's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

17 September 2021